**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TIMOTHY ANTONIO JONES,**

**Plaintiff,**

**v.** **Civil Action No. 3:26cv251**

**DEPUTY RAJAGURU, *et al.*,**

**Defendants.**

## MEMORANDUM OPINION

Plaintiff, a Virginia former inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Plaintiff's current allegations fail to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on May 20, 2026, the Court directed Plaintiff to submit a particularized complaint within thirty (30) days of the date of entry thereof. (ECF No. 5.) The Court warned Plaintiff that the failure to submit a particularized complaint would result in the dismissal of the action.

On July 7, 2026, Plaintiff moved for an extension of time. (ECF No. 7.) By Memorandum Order entered on July 17, 2026, the Court granted Plaintiff's motion and directed Plaintiff to file his particularized complaint within 30 days of entry thereof. (ECF No. 9.)

More than thirty (30) days have elapsed since the entry of the July 17, 2026 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the July 17, 2026 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

Date: 8/31/24
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge